UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE ROSS, ET AL.,

Plaintiffs,

-v-

CITY OF NEW YORK, ET AL.,
                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2026

**ORDER**

25-CV-7596 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter requesting to adjourn the settlement conference scheduled for May 27, 2026.  ECF No. 53.  The request to adjourn is **GRANTED**.  The settlement conference is adjourned to **July 31, 2026** at **10:00 a.m.**

The deadline to submit the Acknowledgement Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call by email is now **July 17, 2026**.

**SO ORDERED.**

Dated: May 13, 2026
         New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge