USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE ROSS, ET AL.,

Plaintiffs,

-v-

CITY OF NEW YORK, ET AL.,

Defendants.

**ORDER**

25-CV-7596 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter requesting to adjourn the settlement conference scheduled for July 31, 2026 until October. ECF No. 57.

A conference is scheduled for **July 21, 2026** at **3:00 p.m.** by telephone to discuss Defendants' request. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 209 685 820#).

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge