USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE ROSS, ET AL.,

Plaintiffs,

-v-

CITY OF NEW YORK, ET AL.,

Defendants.

**ORDER**

25-CV-7596 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

When the settlement conference now scheduled for December 4, 2026 was originally scheduled in December 2025, the parties were directed to exchange offers and demands multiple weeks before the scheduled settlement conference. ECF No. 44. Indeed, as the parties have repeatedly sought adjournments of the settlement conference, they were reminded multiple times to comply with the undersigned's Procedures for All Cases Referred for Settlement, which include a requirement that the parties exchange settlement demands and offers no later than 21 days before the settlement conference. *See* ECF No. 61.

The undersigned has been informed that Defendants have failed to comply with this directive and, as of this morning, still do not have authority to settle the case. Unless Defendants report by *ex parte* letter emailed to Chambers by **5:00 pm** on **November 24, 2026** that they have obtained the necessary settlement authority and conveyed an offer to plaintiffs, the settlement conference will be adjourned.

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge