USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE ROSS, ET AL.,

Plaintiffs,

-v-

CITY OF NEW YORK, ET AL.,
Defendants.

**ORDER**

25-CV-7596 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned is in receipt of Defendants' *ex parte* letter indicating that they have obtained settlement authority and exchanged an offer with Plaintiffs. The settlement conference scheduled for December 4, 2026 shall proceed as planned.

**SO ORDERED.**

Dated: November 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge